IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

ROSELYN CHIA, C#104,709  )   No.: A-CV-11-77
         )
  Plaintiff-Appellee )
         )  ORDER DISMISSING APPEAL
  vs.      )
         )
CLARENCE BEGAY, C#108,493 )
         )
  Defendant-Appellant )
         )

The Notice of Appeal and supporting brief, filed the 9th day of June, 1977, having been received and considered by the Chief Justice pursuant to 7 N.T.C. Section 254, the Court finds:

1. Appellant has failed to show any error of law by the District Court.

2. Any review of the evidence already presented in this case by the Court of Appeals would amount to this Court second-guessing the District Court. Appellant has failed to offer any new evidence.

Therefore, the appeal in the above-entitled matter is hereby DISMISSED.

Dated this 30th day of August, 1977.



Virgil L. Kirk, Sr.

Chief Justice of the Navajo Nation